MAILED ON: 10/12/2015

Gilberto Gomez #1866723 D4-26
C.T. Terrell Unit
1300 FM 655
Rosharon, TX. 77583

Clerk Abel Acosta
Court of Crim. App. of Texas
P.O. Box 12308
Capitol Station
Austin, TX. 78711

83,608-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

RE: NEED CLARIFICATION ON MOTION

Dear Mr. Acosta,

I just got a white card in the mail today and I am confused. My purpose for this motion was to have my whole 11.07 withdrawn so I can rewrite and resubmit my Habeas Corpus properly. I submitted the 11.07 without memorandum of law, as you can see I really don't know much about the law. The only thing I want to do is retract my 11.07 as it said on my Motion sent on Sept 19th, 2015. Can you please tell me what to do to have this 11.07 withdrawn. Thank you!

P.S. On my prayer and on point #10 you will find that this is what I asked to "retract it".

Respectfully,

X _____
Gilberto Gomez #1866723